CARRIE MCCREA HANLON, ESQ.
Nevada Bar No. 003902
CHRISTOPHER A. TURTZO, ESQ.
Nevada Bar No. 10253
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV  89169
Telephone (702) 405-8100
Fax (702) 405-8101
Hanlon@morrissullivanlaw.com
Turtzo@morrissullivanlaw.com

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY BAUMAN, individually and on behalf of all persons similarly situated, | Case No. 2:14-cv-01125-RFB-PAL (Consolidated with Case No. 2:14-cv-01160-RCJ-PAL ) |
| Plaintiffs, | |
| v. | **STIPULATION; ORDER TO CONTINUE DISCOVERY AND CLASS CERTIFICATION DEADLINES; AND PROTECTIVE ORDER** |
| V THEATER GROUP, LLC; SAXE MANAGEMENT, LLC; DAVID SAXE; DOES I through X inclusive and ROE CORPORATIONS I through X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |
| BIJAN RAZILOU, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| V THEATER GROUP, LLC, a Nevada Limited Liability Company; SAXE PRODUCTIONS, INC., a Nevada Corporation; DAVID SAXE PRODUCTIONS, LLC, a Nevada Limited Liability Company; SAXE MANAGEMENT, LLC, a Nevada Limited Liability Company; DAVID SAXE, an individual, | |
| Defendants. | |

## STIPULATION

All parties through their counsel of record enter into this Stipulation to extend the current scheduling order deadlines for discovery and for plaintiffs to file a motion for class certification pursuant to the provisions local Rules 6-1, 6-2 and 7-1. This is the first request for an extension.

The parties through their counsel of record also enter into this Stipulation to obtain a protective order to permit the completion of certain discovery.

**I.      Discovery Conducted to Date and Reason for Protective Order**

The parties have diligently conducted document and written discovery. All parties have made initial disclosures of witnesses and documents pursuant to Fed. R. Civ. P. 26. Plaintiffs also have propounded multiple sets of written interrogatories and requests for production to which defendants have served original and supplemental responses. However, production of certain discovery materials has not yet occurred. Through meeting and conferring, the parties have reached an agreement whereby these materials and relevant materials possessed by third-parties can be produced to plaintiffs subject to a protective order.

The plaintiffs also have served a document request on non-party Twilio, Inc. via subpoena. Twilio has not responded, and the plaintiffs filed an Application for an Order to Show Cause Why Twilio should not be held in contempt in the U.S. District Court for Northern California, San Francisco Division. The Order to Show Cause has been issued, and a hearing is scheduled for this matter on April 16, 2015 in San Francisco.

The parties have conferred extensively regarding the relative merits of the claims and defenses and other issues relating to the lawsuit.

**II.     Reason for Request for Continuance / Extension**

The current class discovery deadline is April 30, 2015, and the current deadline for plaintiffs to file a motion for class certification is May 30, 2015. *See* ECF Doc. # 35. The purpose of the requested extension is to permit the parties to engage in mediation before incurring the significant costs and expense associated with completing the class discovery phase and filing briefs regarding class certification. The parties have agreed to participate in Mediation on May 27, 2015, with Hon. William C. Pate (Ret) of JAMS in San Diego, California.

1    To facilitate mediation and to continue advancing resolution of this case, the parties also

2  have agreed to the taking of two of defendants' witnesses, David Saxe and Ric Schaaf prior to

3  the mediation date. The parties are targeting May 12, 13, and 14 for these depositions.

4  Depositions on these dates should allow for plaintiffs to prepare for the depositions in light of

5  materials to be produced subject to the proposed protective order and as may be ordered in

6  connection with the current Order to Show Cause proceedings now pending against third-party

7  Twilio, Inc. in San Francisco.

8    Accordingly, the parties have agreed to continue all dates in the current scheduling order

9  by three months and respectfully request the Court to approve this request.

10              **PROPOSED AMENDMENTS TO SCHEDULING ORDER**

11    Based on the foregoing, the parties stipulate to the following amendments to the

12  Stipulated Discovery Plan and Scheduling Order currently on file. *See* ECF Doc. # 35.

13    1.    The discovery deadlines for the Class Discovery Phase should be amended as

14  follows:

15        a.    The current April 30, 2015 Close of Class Discovery Phase should be

16            continued to July 31, 2015; and

17        b.    The current May 30, 2015 Deadline to file Motion to Certify Class should

18            be continued to August 31, 2015.

19    2.    No amendment should be necessary for the Merits Discovery Phase which is

20  contingent upon the Court's decision regarding the Motion for Class Certification.

21    3.    The parties should conduct depositions of witnesses David Saxe and Ric Schaaf

22  by May 14, 2015.

23              **PROPOSED PROTECTIVE ORDER**

24    For reasons referenced above, the parties also stipulate to the following Protective Order:

25    1.    Any document or thing which the parties mutually agree in writing to be

26  confidential shall not be used for any purpose that is not related to the present litigation.

27

28

2.      Personal, identifying information of Defendants' customers will be redacted from such confidential documents and things when filed with the Court except when filed under seal together with a motion requesting the filing to remain under seal.

3.      At present, the following documents and things are agreed to be confidential:

        a.      Text message transmission records obtained from Twilio, Inc.; and

        b.      The three executable scripts and programs mentioned in Defendants' Supplemental Response to Interrogatory No. 1 together with the source code for these scripts and programs.

4.      A party's agreement to treat any document or thing as confidential in no respect prejudices the ability of that party from later challenging such a designation of confidentiality. However, all parties must continue treating such documents and things as confidential under this Stipulation until a court determines that such documents and things are not confidential.

Dated:  _April 10, 2015_

_/s/ Albert H. Kirby, Esq._____
Albert H. Kirby, Esq.
Washington Bar No. 40187
*Admitted Pro Hac Vice*
SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103

*and*

Philip S. Aurbach, Esq.
Nevada Bar No. 1501
Candice E. Renka, Esq.
Nevada Bar No. 11447
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs Jeremy Bauman*

                       _/s/ Jeffrey I. Pitegoff, Esq._____
Jeffrey I. Pitegoff, Esq.
Nevada Bar No. 5458
Carrie McCrea Hanlon, Esq.
Nevada Bar No. 3902
Christopher A. Turtzo, Esq.
Nevada Bar No. 10253
MORRIS SULLIVAN LEMKUL &
PITEGOFFF
3770 Howard Hughes Parkway
Suite 170
Las Vegas, Nevada 89169

*Attorneys for Defendants*

  _/s/ Payam Shahian, Esq._____
Payam Shahian, Esq.
California Bar No. 228406
*Admitted Pro Hac Vice*
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

*and*

Matthew R. Mendelsohn, Esq.
New Jersey Bar No. 015582005
*Admitted Pro Hac Vice*
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

*and*

Dennis L. Kennedy, Esq.
Nevada Bar No. 14625
Paul C. Williams, Esq.
Nevada Bar No. 12524
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Bijan Razilou*

///

///

///

///

///

///

///

///

///

1

## ORDER

2        For the reasons stated in the parties' Stipulation, the Court adopts the parties' Proposed

3   Orders as orders of this Court.

4   **A.      Amendments to Discovery Scheduling Order (ECF Doc. # 35)**

5        1.      The discovery deadlines for the Class Discovery Phase are:

6                a.      Close of Class Discovery Phase is July 31, 2015; and

7                b.      Deadline to file Motion to Certify Class is August 31, 2015.

8        2.      The parties shall conduct depositions of witnesses David Saxe and Ric Schaaf by

9   May 14, 2015.

10  **B.      Protective Order**

11       1.      Any document or thing which the parties mutually agree in writing to be

12  confidential shall not be used for any purpose that is not related to the present litigation.

13       2.      Personal, identifying information of Defendants' customers shall be redacted from

14  such confidential documents and things when filed with the Court except when filed under seal

15  together with a motion requesting the filing to remain under seal.

16       3.      As agreed by the parties, the following shall be deemed confidential:

17               a.      Text message transmission records obtained from Twilio, Inc.; and

18               b.      The three executable scripts and programs mentioned in Defendants'

19                       Supplemental Response to Interrogatory No. 1 together with the source

20                       code for these scripts and programs.

21       4.      A party's agreement to treat any document or thing as confidential in no respect

22  prejudices the ability of that party from later challenging such a designation of confidentiality.

23  However, all parties must continue treating such documents and things as confidential under this

24  Protective Order until a court determines that such documents and things are not confidential.

25       IT IS SO ORDERED.

26                                                    _____

27                                                    UNITED STATES MAGISTRATE JUDGE

28                                                    DATED: _April 13, 2015_____

Respectfully submitted by

**MORRIS SULLIVAN LEMKUL &
PITEGOFFF**


_/s/ Jeffrey I. Pitegoff, Esq._____
Jeffrey I. Pitegoff, Esq.
Nevada Bar No. 5458
Carrie McCrea Hanlon, Esq.
Nevada Bar No. 3902
Christopher A. Turtzo, Esq.
Nevada Bar No. 10253
3770 Howard Hughes Parkway
Suite 170
Las Vegas, Nevada 89169
*Attorneys for Defendants*