JEFF SILVESTRI, ESQ.
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
E-mail: jsilvetri@mcdonaldcarano.com

Kenneth E. Payson, Esq.
Washington Bar No. 26369
*Pro Hac Vice to be submitted*
James Harlan Corning, Esq.
Washington Bar No. 45177
*Pro Hac Vice to be submitted*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY BAUMAN, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>V THEATER GROUP, LLC; SAXE MANAGEMENT, LLC; DAVID SAXE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01125-RFB-(PAL)<br><br>**STIPULATION; ORDER TO CONTINUE DISCOVERY AND CLASS CERTIFICATION DEADLINES** (Consolidated with Case No. 2:14-cv-01160-RCJ-(PAL))<br><br>**(SECOND REQUEST)** |

## STIPULATION

Pursuant to Local Rules 6-1, 6-2 and 7-1, all parties through their counsel of record enter into this Stipulation to extend the current scheduling order deadlines for discovery and for Plaintiffs to file a motion for class certification. This is the second request for an extension. In support of this request, the parties represent the following to the Court:

1. On April 10, 2015, the parties filed their Stipulation; Order to Continue Discovery and Class Certification Deadlines; and Protective Order (Dkt. 48), explaining that they had been

Page 1 of 5

DWT 26765984v3 0088821-000002

diligently and productively engaged in discovery, including third-party discovery, and requesting a short continuance of certain discovery and class certification deadlines to allow them to complete class-related discovery and participate in a mediation in hopes of possibly avoiding burdening the parties and the Court with the need to brief and decide class certification if settlement efforts are successful.

2. On April 13, 2015, the Court approved the parties' stipulation and proposed schedule (Dkt. 49) and set the following dates:

    a. Close of Class Discovery Phase is July 31, 2015;

    b. Deadline to file Motion to Certify Class is August 31, 2015; and

    c. The parties shall conduct depositions of witnesses David Saxe and Ric Schaaf by May 14, 2015.

3. Among other reasons, in order to ensure the best chance of potentially resolving this dispute through settlement, defendants recently retained the law firm of Davis Wright Tremaine LLP as lead counsel in this matter.  Davis Wright Tremaine has defended dozens of Telephone Consumer Protection Act ("TCPA") class actions throughout the nation, has successfully settled many such class actions, and has a good working relationship with some of Plaintiffs' counsel from representing opposing parties in other TCPA class actions.

4. Additionally, Plaintiffs continue in their efforts to compel production of documents requested from Twilio, Inc. through proceedings now pending before Magistrate Judge Jacqueline Scott Corley of the United States District Court for the Northern District of California. Materials sought by Plaintiffs may assist the Parties to reach a settlement or otherwise resolve the case. Magistrate Judge Corley has ordered further briefing which will not be completed until May 6, 2015.

5. In order to allow time for Plaintiffs to compel production of documents from Twilio, Inc., and in order to allow Davis Wright Tremaine sufficient time to prepare for the Saxe and Schaaf depositions, provide additional information and documents responsive to Plaintiffs' discovery requests, and to prepare for the mediation, the parties stipulate and jointly ask the Court for a short continuance of the above deadlines as follows:

      a.    The current July 31, 2015, Close of Class Discovery should be continued to August 31, 2015;

      b.    The current August 31, 2015, Deadline to file Motion to Certify Class should be continued to September 30, 2015;

      c.    The current depositions of witnesses David Saxe and Ric Schaaf should be conducted by June 5, 2015, or another date mutually agreeable to the parties.

6. In light of the above the parties anticipate rescheduling the mediation with Hon. William C. Pate (Ret.) of JAMS in San Diego, California, from May 27, 2015, to June 25, 2015.

7. To allow the parties the time necessary to prepare for and have a productive mediation, and to potentially avoid the need to further burden themselves or the Court with further litigation if settlement efforts succeed, the parties respectfully request the Court to approve the foregoing stipulation.

Stipulated and respectfully submitted this 5th day of May 2015 by:

/s/ Albert H. Kirby, Esq.
Albert H. Kirby, Esq.
Washington Bar No. 40187
*Admitted Pro Hac Vice*
SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103

and

Philip S. Aurbach, Esq.
Nevada Bar No. 1501
Candice E. Renka, Esq.
Nevada Bar No. 11447
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Plaintiff Jeremy Bauman*

/s/ Jeff Silvestri, Esq.
Jeff Silvestri, Esq.
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

and

Kenneth E. Payson, Esq.
Washington Bar No. 26369
*Pro Hac Vice to be submitted*
James Harlan Corning, Esq.
Washington Bar No. 45177
*Pro Hac Vice to be submitted*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*Attorneys for Defendants*

*/s/ Matthew R. Mendelsohn, Esq.*
Matthew R. Mendelsohn, Esq.
New Jersey Bar No. 015582005
*Admitted Pro Hac Vice*
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

and

Payam Shahian, Esq.
California Bar No. 228406
*Admitted Pro Hac Vice*
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

and

Dennis L. Kennedy, Esq.
Nevada Bar No. 14625
Paul C. Williams, Esq.
Nevada Bar No. 12524
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Bijan Razilou*

### ORDER

For the reasons stated in the parties' Stipulation, the Court approves the parties' Stipulation and Orders as follows:

1. The discovery deadlines for the Class Discovery Phase are:

    a. Close of Class Discovery Phase is August 31, 2015; and

    b. Deadline to file Motion to Certify Class is September 30, 2015.

2. The parties shall conduct depositions of witnesses David Saxe and Ric Schaaf by June 5, 2015, or another date mutually agreeable to the parties.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 5, 2015

DWT 26765984v3 0088821-000002

Respectfully submitted by:

*/s/ Jeff Silvestri, Esq.*
Jeff Silvestri, Esq.
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*and*

Kenneth E. Payson, Esq.
Washington Bar No. 26369
*Pro Hac Vice to be submitted*
James Harlan Corning, Esq.
Washington Bar No. 45177
*Pro Hac Vice to be submitted*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*Attorneys for Defendants*