JEFF SILVESTRI
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone:    (702) 873-4100
Fax:          (702) 873-9966
E-mail:       jsilvestri@mcdonaldcarao.com

KENNETH E. PAYSON*
Washington Bar No. 26369
JAMES HARLAN CORNING*
Washington Bar No. 45177
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        kennethpayson@dwt.com
              jamescorning@dwt.com

*Attorneys for Defendants*

\* Admitted *pro hac vice.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY BAUMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> V THEATER GROUP, LLC; et al., <br><br> Defendants. | Case No. 2:14-cv-01125-RFB-PAL <br><br> **STIPULATION; ORDER TO CONTINUE DISCOVERY AND CLASS CERTIFICATION DEADLINES** <br><br> **(THIRD REQUEST)** <br><br> In consolidation with <br> Case No.: 2:14-cv-01160-RFB-PAL |
| BIJAN RAZILOU, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> V THEATER GROUP, LLC; et al., <br><br> Defendants. | |

DWT 27700068v5 0104433-000001

## STIPULATION

Pursuant to Local Rules 6-1, 6-2 and 7-1, all parties through their counsel of record enter into this Stipulation to extend the current scheduling order deadlines for close of class discovery and for Plaintiffs to file a motion for class certification.  This is the third request for an extension. In support of this request, the parties represent the following to the Court:

1. On May 5, 2015, the Court approved the parties' request to extend the close of class discovery to August 31, 2015, and to set September 30, 2015, as the deadline for Plaintiffs' class certification motion to allow Plaintiffs time to conduct discovery of third-party Twilio, Inc. (Plaintiffs allege Twilio helped Defendants send the text messages at issue) and to give the parties the opportunity to mediate their dispute [Dkt. 54].

2. On June 25, 2015, the parties held a mediation with Hon. William C. Pate (ret.) of JAMS in San Diego, California.  Although the parties did not reach a settlement at the mediation, the parties continued their settlement efforts with Judge Pate's assistance.

3. On July 27, 2015, Plaintiffs filed motions to amend their respective complaints in this consolidated proceeding [Dkts. 59 & 60].  Plaintiffs seek to add as defendants Twilio and Saxe Theater, LLC, and to have the respective complaints name all defendants that had to that point been named in either complaint.  Defendants did not oppose the motions.

4. By August 17, 2015, the parties discontinued their settlement efforts through Judge Pate.  On August 17, 2015, Defendants served notices for the depositions of both Plaintiffs for the morning and afternoon, respectively, of August 26, 2015.

5. Given the likelihood of Twilio being joined in this lawsuit and to allow Twilio the opportunity to participate in Plaintiffs' depositions and for Plaintiffs to conduct discovery of Twilio, the parties stipulate and jointly ask the Court for a continuance of the above deadlines as follows:

    a. The current August 31, 2015, Close of Class Discovery should be continued to October 30, 2015; and

    b. The current September 30, 2015, Deadline to file Motion to Certify Class should be continued to November 30, 2015.

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150 FAX: (206) 757-7700

Stipulated and respectfully submitted this 25th day of August, 2015, by:

| | |
|---|---|
| */s/ Albert H. Kirby* | */s/ Kenneth E. Payson* |
| Albert H. Kirby | Kenneth E. Payson |
| Washington Bar No. 40187 | Washington Bar No. 26369 |
| *Admitted Pro Hac Vice* | Admitted *Pro Hac Vice* |
| SOUND JUSTICE LAW GROUP, PLLC | James Harlan Corning |
| 936 North 34th Street, Suite 300 | Washington Bar No. 45177 |
| Seattle, Washington 98103 | *Admitted Pro Hac Vice* |
| | DAVIS WRIGHT TREMAINE LLP |
| *and* | 1201 Third Avenue, Suite 2200 |
| | Seattle, WA 98101 |
| Philip S. Aurbach | |
| Nevada Bar No. 1501 | *and* |
| Candice E. Renka | |
| Nevada Bar No. 11447 | Jeff Silvestri |
| MARQUIS AURBACH COFFING | Nevada Bar No. 5779 |
| 10001 Park Run Drive | McDONALD CARANO WILSON LLP |
| Las Vegas, Nevada 89145 | 2300 W. Sahara Avenue, Suite 1200 |
| | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff Jeremy Bauman* | |
| | *Attorneys for Defendants* |

*/s/ Matthew R. Mendelsohn*
Matthew R. Mendelsohn
New Jersey Bar No. 015582005
*Admitted Pro Hac Vice*
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

*and*

Payam Shahian
California Bar No. 228406
*Admitted Pro Hac Vice*
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

*and*

Dennis L. Kennedy
Nevada Bar No. 14625
Paul C. Williams
Nevada Bar No. 12524
BAILEY KENNEDY

DWT 27700068v5 0104433-000001

8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Bijan Razilou*

## ORDER

For the reasons stated in the parties' Stipulation, the Court approves the parties' Stipulation and Orders as follows:

1. The Close of Class Discovery Phase is October 30, 2015; and

2. The Deadline to file Motion to Certify Class is November 30, 2015.

Additionally, there being no opposition to Plaintiffs' motions to for leave to file amended complaints [Dkts. 59 & 60], the Court grants those motions.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 27, 2015

*Respectfully submitted by:*

*/s/ Kenneth E. Payson*
Kenneth E. Payson
Washington Bar No. 26369
Admitted *Pro Hac Vice*
James Harlan Corning
Washington Bar No. 45177
*Admitted Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*and*

Jeff Silvestri
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Defendants*

DWT 27700068v5 0104433-000001

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2015, I served a copy of the foregoing **STIPULATION; ORDER TO CONTINUE DISCOVERY DEADLINE** upon each of the parties by electronic mail pursuant to the Stipulated Discovery Plan in this matter (Dkt. 35), addressed to:

| Attorney | Party Represented | Email |
|---|---|---|
| Albert H. Kirby | Plaintiff Jeremy Bauman | ahkirby@soundjustice.com |
| Candice E. Renka | Plaintiff Jeremy Bauman | crenka@maclaw.com<br>jrodionova@maclaw.com |
| Dennis L. Kennedy | Plaintiff Bijan Razilou | dkennedy@baileykennedy.com |
| Paul C. Williams | Plaintiff Bijan Razilou | pwilliams@baileykennedy.com<br>smurnane@baileykennedy.com |
| Matthew R. Mendelsohn | Plaintiff Bijan Razilou | mmendelsohn@mskf.net |
| Payam Shahian | Plaintiff Bijan Razilou | pshahian@slpattorney.com |

                                            */s/ Kenneth E. Payson*
                                            Kenneth E. Payson

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150 FAX: (206) 757-7700

DWT 27700068v5 0104433-000001