JEFF SILVESTRI
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone:    (702) 873-4100
Fax:          (702) 873-9966
E-mail:       jsilvestri@mcdonaldcarao.com

KENNETH E. PAYSON*
Washington Bar No. 26369
JAMES HARLAN CORNING*
Washington Bar No. 45177
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700
Email:        kennethpayson@dwt.com
              jamescorning@dwt.com

*Attorneys for Defendants*

\* Admitted *pro hac vice.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY BAUMAN, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>V THEATER GROUP, LLC; et al.,<br><br>    Defendants. | Case No. 2:14-cv-01125-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR RESPOND TO AMENDED COMPLAINTS**<br><br>**(FIRST REQUEST)**<br><br>In consolidation with<br>Case No.: 2:14-cv-01160-RFB-PAL |
| BIJAN RAZILOU, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>V THEATER GROUP, LLC; et al.,<br><br>    Defendants. | |

DWT 27853814v2 0104433-000001

# STIPULATION

Pursuant to Local Rules 6-1, 6-2 and 7-1, all parties through their counsel of record enter into this Stipulation to extend the deadline by which Defendants David Saxe Productions, Inc., David Saxe Productions, LLC, Saxe Theater LLC, V Theater LLC, Saxe Management LLC, and David Saxe (the "Saxe Defendants") must answer or respond to the Amended Complaints filed by Plaintiffs Jeremy Bauman and Bijan Razilou.  This is the first request for an extension.  To facilitate the prompt service of new defendant Saxe Theater LLC, and to ensure the Saxe Defendants share a single, unified deadline for responding to both of the Amended Complaints, the parties stipulate and jointly ask the Court to continue the deadline to **September 28, 2015.**

Defendant Saxe Theater LLC waives and acknowledges service of the Amended Complaints, their summons, and Plaintiff Bauman's Second Jury Demand.

Stipulated and respectfully submitted this 14th day of September, 2015, by:

/s/ Albert H. Kirby
Albert H. Kirby
Washington Bar No. 40187
*Admitted Pro Hac Vice*
SOUND JUSTICE LAW GROUP, PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103

and

Philip S. Aurbach
Nevada Bar No. 1501
Candice E. Renka
Nevada Bar No. 11447
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Plaintiff Jeremy Bauman*

/s/ Matthew R. Mendelsohn
Matthew R. Mendelsohn
New Jersey Bar No. 015582005
*Admitted Pro Hac Vice*
MAZIE SLATER KATZ & FREEMAN, LLC

/s/ James Harlan Corning
Kenneth E. Payson
Washington Bar No. 26369
Admitted *Pro Hac Vice*
James Harlan Corning
Washington Bar No. 45177
*Admitted Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

and

Jeff Silvestri
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for the Saxe Defendants*

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150 FAX: (206) 757-7700

103 Eisenhower Parkway
Roseland, New Jersey 07068

*and*

Payam Shahian
California Bar No. 228406
*Admitted Pro Hac Vice*
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

*and*

Dennis L. Kennedy
Nevada Bar No. 14625
Paul C. Williams
Nevada Bar No. 12524
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Bijan Razilou*

## **ORDER**

For the reasons stated in the parties' Stipulation, the Court approves the parties' Stipulation and Orders as follows:

1. The deadline by which the Saxe Defendants must answer or otherwise respond to the Amended Complaints is extended to **September 28, 2014.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 24, 2015

1 *Respectfully submitted by:*

2 */s/ James Harlan Corning*
Kenneth E. Payson
3 Washington Bar No. 26369
Admitted *Pro Hac Vice*
4 James Harlan Corning
Washington Bar No. 45177
5 *Admitted Pro Hac Vice*
6 DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
7 Seattle, WA 98101

8 *and*

9
Jeff Silvestri
10 Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
11 2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
12
*Attorneys for the Saxe Defendants*
13

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2015, I served a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR RESPOND TO AMENDED COMPLAINTS** upon each of the parties by electronic mail pursuant to the Stipulated Discovery Plan in this matter (Dkt. 35), addressed to:

| Attorney | Party Represented | Email |
| --- | --- | --- |
| Albert H. Kirby | Plaintiff Jeremy Bauman | ahkirby@soundjustice.com |
| Candice E. Renka | Plaintiff Jeremy Bauman | crenka@maclaw.com<br>jrodionova@maclaw.com |
| Dennis L. Kennedy | Plaintiff Bijan Razilou | dkennedy@baileykennedy.com |
| Paul C. Williams | Plaintiff Bijan Razilou | pwilliams@baileykennedy.com<br>smurnane@baileykennedy.com |
| Matthew R. Mendelsohn | Plaintiff Bijan Razilou | mmendelsohn@mskf.net |
| Payam Shahian | Plaintiff Bijan Razilou | pshahian@slpattorney.com |

*/s/ James Harlan Corning*
James Harlan Corning

DWT 27853814v2 0104433-000001