1  DENNIS L. KENNEDY
Nevada Bar No. 1462
2  PAUL C. WILLIAMS
Nevada Bar No. 12524
3  **BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
5  Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com

7  [Additional Attorneys on Signature Page]

8  *Attorneys for Plaintiff*
BIJAN RAZILOU

9

10              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA

11

| | |
|---|---|
| 12  JEREMY BAUMAN, individually and on behalf of all persons similarly situated, | Case Number:  2:14-cv-01125-RFB-PAL |
| 13 | |
| Plaintiffs, | **STIPULATED PROTECTIVE ORDER REGARDING THE VIDEOTAPED DEPOSITION OF BIJAN RAZILOU** |
| 14 | |
| v. | |
| 15 | |
| DAVID SAXE; SAXE MANAGEMENT, LLC; DAVID SAXE PRODUCTIONS, LLC; DAVID SAXE PRODUCTION, INC.; V THEATER GROUP, LLC; SAXE THEATER, LLC; and TWILIO, INC., | |
| 16 | |
| 17 | |
| 18 | |
| Defendants. | |
| 19 | |
| 20  BIJAN RAZILOU, individually, and on behalf of all others similarly situated, | In consolidation with Case No.:  2:14-cv-01160-RFB-PAL |
| 21 | |
| Plaintiff, | |
| 22  v. | |
| 23  V THEATER GROUP, LLC; DAVID SAXE PRODUCTIONS, INC.; DAVID SAXE PRODUCTIONS, LLC; SAXE MANAGEMENT, LLC; DAVID SAXE; SAXE THEATER, LLC; and TWILIO, INC., | |
| 24 | |
| 25 | |
| 26  Defendants. | |

27

28

Page 1 of 6

Plaintiff Bijan Razilou, by and though his counsel of record, the law firm of Bailey Kennedy, the law firm of Strategic Legal Practices, APC, and the law firm of Mazie Slater Katz and Freeman, LLC and defendants V Theater Group, LLC, David Saxe Productions, Inc., David Saxe Productions, LLC, Saxe Management, LLC, Saxe Theater, LLC and David Saxe, by and through their counsel of record, Davis Wright Tremaine LLP and defendant Twilio, Inc. by and through their counsel of record Goodwin Procter LLP, hereby enter into this Stipulation for a Protective Order pursuant to the provisions of NRCP 26(c). The parties have agreed and stipulated to the entry of this Order for the protection of the identity of Bijan Razilou.

WHEREAS Plaintiff Bijan Razilou has advised Defendants that he is employed in the field of law enforcement;

WHEREAS Plaintiff Bijan Razilou has further advised Defendants that as part of his job he is sometimes required to conceal his identity during investigations and therefore tries to avoid any pictures or video of himself being publically available;

WHEREAS Plaintiff Bijan Razilou requested that his deposition proceed by means of stenographic recording only to protect his confidentiality;

WHEREAS Defendants advised that they required the deposition be videotaped, but agreed to enter into this Stipulated Protective Order to address Plaintiff Bijan Razilou's confidentiality concerns;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, that the following shall govern the disclosure of the video recording of Plaintiff Bijan Razilou's deposition ("Razilou Video") in this action:

1. The Razilou Video (but not the deposition transcript) shall be marked "Confidential" because Plaintiff Bijan Razilou asserts that video documentation of his physical appearance constitutes highly sensitive and non-public information that will irreparably harm the disclosing party if it becomes known to the public.

2. The Razilou Video shall be controlled strictly by this Order, and no disclosure or use of such information, by any person who has received it through this litigation, can be made except in accordance with the requirements of this Order.

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

3.      All counsel and the videographer who records the Razilou Video shall make reasonable arrangements to maintain the confidentiality of and to preclude the disclosure of the Razilou Video.

4.      Attorneys of record who receive the Razilou Video shall use it only for the purposes of this action and shall not disclose it, except to the following persons:

        (a)      Attorneys for named parties and any named party to this action;

        (b)      Persons employed by or working under the direction of attorneys for the named parties, including secretaries and legal assistants, to the extent necessary to perform specific duties in connection with this action;

        (c)      The Court and court personnel, stenographic reporters, and videographers at depositions taken in this action, and any jury empanelled in this action;

        (d)      Independent experts or consultants retained by a party or an attorney of record for purposes of this litigation, to the extent necessary to perform specific duties in connection with this action, provided that each such person shall execute a copy of the Certification annexed to this Order as Exhibit "A" (which shall be retained by counsel to the party so disclosing the Razilou Video)

5.      An attorney of record who permits a person qualified under Paragraph 4(b) and(d) to access the Razilou Video received through discovery in this action shall first inform the recipient of the terms of this Order, advise the recipient that he or she is bound by its terms, and obtain the agreement of the recipient not to make further disclosure of the Razilou Video. Each attorney of record who discloses the Razilou Video shall retain for one year following the conclusion of this action a list of all persons to whom the Razilou Video has been disclosed.

6.      If any party seeks to file the Razilou Video or any portion thereof with the Court in this action, the Razilou Video shall be filed under seal. Unless otherwise permitted by statute, rule or prior court order, papers filed with the court under seal shall be accompanied by a contemporaneous motion for leave to file those documents under seal.

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

7.      In the event a person who has received the Razilou Video subject to this Order is: (a) subpoenaed in another action; (b) served with a demand in another action to which the person is a party; or (c) served with any other legal process by one not a party to this action, that seeks the Razilou Video, he, she, or it shall give prompt written notice of the receipt of such subpoena, demand or other legal process to Plaintiff Bijan Razilou and his counsel, and upon request, shall cooperate with the Plaintiff Bijan Razilou and his counsel in their reasonable efforts to obtain an appropriate order protecting the Razilou Video from disclosure.

8.      Prior to the use of the Razilou Video at any hearing, counsel who desires to use such video shall notify Plaintiff Bijan Razilou and his counsel at least fourteen (14) days in advance to afford Plaintiff Bijan Razilou and his counsel

the opportunity to object to disclosure of the Razilou Video.

9.      Within sixty (60) days of the final disposition of this action, whether by judgment (including exhaustion of all appeals), settlement or otherwise, attorneys for the Defendants shall promptly deliver to Plaintiff Bijan Razilou's counsel (1) all copies of the Razilou Video, or (2) a written statement declaring that all such copies of the Razilou Video have been destroyed. No copies of Razilou Video in any form can be retained by any party.

10.     This Order shall survive the final conclusion of this action, subject to the terms of this Protective Order and shall continue in full force and effect.

| | |
|---|---|
| */s/ Albert H. Kirby, Esq.* | */s/ James Harlan Corning, Esq.* |
| Albert H. Kirby, Esq. | Kenneth E. Payson, Esq. |
| Washington Bar No. 40187 | Washington Bar No. 26369 |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| SOUND JUSTICE LAW GROUP, PLLC | James Harlan Corning, Esq. |
| 936 North 34th Street, Suite 300 | Washington Bar No. 45177 |
| Seattle, Washington 98103 | *Admitted Pro Hac Vice* |
| | DAVIS WRIGHT TREMAINE LLP |
| Philip S. Aurbach, Esq. | 1201 Third Avenue, Suite 2200 |
| Nevada Bar No. 1501 | Seattle, WA 98101 |
| Candice E. Renka, Esq. | |
| Nevada Bar No. 11447 | Jeff Silvestri, Esq. |
| MARQUIS AURBACH COFFING | Nevada Bar No. 5779 |
| 10001 Park Run Drive | McDONALD CARANO WILSON LLP |
| Las Vegas, Nevada 89145 | 2300 W. Sahara Avenue, Suite 1200 |
| *Attorneys for Plaintiff Jeremy Bauman* | Las Vegas, NV 89102 |
| | *Attorneys for Saxe Defendants* |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1   */s/ Matthew R. Mendelsohn, Esq.*          */s/ Joel D. Henriod, Esq.*
2   Matthew R. Mendelsohn, Esq.                Joel D. Henriod, Esq.
    New Jersey Bar No. 015582005               Nevada Bar No. 8492
    *Admitted Pro Hac Vice*                    LEWIS ROCA ROTHGERBER LLP
3   MAZIE SLATER KATZ & FREEMAN, LLC           3993 Howard Hughes Parkway, Suite 600
    103 Eisenhower Parkway                     Las Vegas, Nevada 89169
4   Roseland, New Jersey 07068

5   Payam Shahian, Esq.                        Patrick S. Thompson, Esq.
    California Bar No. 228406                   *Pro Hac Vice Submitted*
6   *Admitted Pro Hac Vice*                    Goodwin Proctor, LLP
    STRATEGIC LEGAL PRACTICES, APC             Three Embarcadero Center, 24th Floor
7   1875 Century Park East, Suite 700          San Francisco, CA 94111
    Los Angeles, California 90067
8                                              Hong-Ann Vu, Esq.
                                               *Pro Hac Vice Submitted*
9   Dennis L. Kennedy, Esq.                    Goodwin Proctor, LLP
    Nevada Bar No. 14625                       601 South Figueroa Street, 41st Floor
    Paul C. Williams, Esq.                     Los Angeles, CA 90017
10  Nevada Bar No. 12524
    BAILEY KENNEDY                             *Attorneys for Defendant Twilio, Inc.*
11  8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148
12  *Attorneys for Plaintiff Bijan Razilou*

13

14          IT IS SO ORDERED

15          Dated this ____ day of _____, 2015

16

17

18

19                                       _____
                                             **UNITED STATES DISTRICT COURT JUDGE**
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "A"**

**CERTIFICATION**

I understand the Razilou Video is being provided to me pursuant to the terms and restrictions of the Stipulation and Protective Order Regarding the Videotaped Deposition of Bijan Razilou in United States District Court – District of Nevada Case Number Case No. 2:14-cv-01125-RFB-PAL (Consolidated with Case No. 2:14-cv-01160-RCJ-PAL). I have been given a copy of that Order and read it. I agree to be bound by the Order. I will not disclose the Razilou Video to anyone, except as allowed by the Order. I will maintain all copies of the Razilou Video in a secure manner to prevent unauthorized access to it.

No later than thirty (30) days after the conclusion of this action, I will return the Razilou Video including copies to counsel who provided me with the Razilou Video.

I hereby consent to the jurisdiction of the United States District Court for the District of Nevada for the purpose of enforcing the Protective Order.

Dated:_____

Signature:_____

Printed Name:_____

Address:_____

_____

BAILEY✧KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Page 6 of 6