JEFF SILVESTRI
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Fax: (702) 873-9966
E-mail: jsilvestri@mcdonaldcarano.com

KENNETH E. PAYSON *(admitted pro hac vice)*
Washington Bar No. 26369
JAMES HARLAN CORNING *(admitted pro hac vice)*
Washington Bar No. 45177
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: kennethpayson@dwt.com
jamescorning@dwt.com

*Attorneys for the Saxe Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY BAUMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> V THEATER GROUP, LLC; et al., <br><br> Defendants. | Case No. 2:14-cv-01125-RFB-PAL <br><br> **PRAECIPE TO REPLACE DECLARATION OF RIC SCHAAF IN SUPPORT OF THE SAXE DEFENDANTS' MOTION FOR PROTECTIVE ORDER** <br> **[DKT NO. 92]** |
| BIJAN RAZILOU, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> V THEATER GROUP, LLC; et al., <br><br> Defendants. | In consolidation with <br> Case No.: 2:14-cv-01160-RFB-PAL |

1  TO: The Clerk of the Court;

2  AND TO: Plaintiffs Jeremy Bauman and Bijan Razilou, and their counsel of record.

3  Please substitute the attached Declaration of Ric Schaaf in Support of the Saxe
4  Defendants' Motion for Protective Order for the original document of the same name [Dkt. No.
5  92] filed on October 31, 2015.  The originally filed document contained Mr. Schaaf's
6  telephonically authorized electronic signature.  The attached document is identical in all respects
7  but contains Mr. Schaaf's physical signature.

8  DATED this 3rd day of November, 2015.

*/s/ James Harlan Corning*
Kenneth E. Payson, Wash. Bar No. 26369
James Harlan Corning, Wash. Bar No. 45177
*Admitted Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

*and*

Jeff Silvestri, Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for Saxe Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3rd, 2015, I electronically filed the foregoing **PRAECIPE** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

| Attorney | Party Represented | Email |
|---|---|---|
| Albert H. Kirby | Plaintiff Jeremy Bauman | ahkirby@soundjustice.com |
| Candice E. Renka | Plaintiff Jeremy Bauman | crenka@maclaw.com<br>jrodionova@maclaw.com |
| Phillip S. Aurbach | Plaintiff Jeremy Bauman | paurbach@maclaw.com |
| Dennis L. Kennedy | Plaintiff Bijan Razilou | dkennedy@baileykennedy.com |
| Paul C. Williams | Plaintiff Bijan Razilou | pwilliams@baileykennedy.com<br>smurnane@baileykennedy.com |
| Matthew R. Mendelsohn | Plaintiff Bijan Razilou | mmendelsohn@mskf.net |
| Payam Shahian | Plaintiff Bijan Razilou | pshahian@slpattorney.com |
| Hong An Vu | Defendant Twilio, Inc. | hvu@goodwinproctor.com |
| Patrick S. Thompson | Defendant Twilio, Inc. | pthompson@goodwinproctor.com |
| Joel D. Henriod | Defendant Twilio, Inc. | jhenriod@lrrlaw.com |

*/s/ James Harlan Corning*
James Harlan Corning