JEFF SILVESTRI
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Fax: (702) 873-9966
E-mail: jsilvestri@mcdonaldcarano.com

KENNETH E. PAYSON *(admitted pro hac vice)*
Washington Bar No. 26369
JAMES HARLAN CORNING *(admitted pro hac vice)*
Washington Bar No. 45177
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: kennethpayson@dwt.com
jamescorning@dwt.com

*Attorneys for the Saxe Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY BAUMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>V THEATER GROUP, LLC; et al.,<br><br>　　　　Defendants. | Case No. 2:14-cv-01125-RFB-PAL<br><br>**STIPULATION SETTING BRIEFING SCHEDULE ON SAXE DEFENDANTS' MOTION TO STAY** |
| BIJAN RAZILOU, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>V THEATER GROUP, LLC; et al.,<br><br>　　　　Defendants. | In consolidation with<br>Case No.: 2:14-cv-01160-RFB-PAL |

DWT 28465777v4 0104433-000001

**STIPULATION**

Pursuant to Local Rules 6-1, 6-2 and 7-1, the Saxe Defendants and the Plaintiffs enter into this Stipulation to set an expedited briefing schedule on the Saxe Defendants' Motion to Stay Proceedings (Dkt. No. 105).  The Motion was filed on November 20, 2015.  On November 24, 2015, the Court set a hearing on the Motion for December 8, 2015.  To ensure that the Saxe Defendants have adequate time to file a reply brief before the hearing, the Saxe Defendants and Plaintiffs hereby stipulate to the following briefing schedule for the Motion:

1. Plaintiffs will file their response to the Motion by Friday, December 4, 2015. Plaintiffs should be able to file the response by about noon that day and will strive to do so.

2. The Saxe Defendants will file their reply to the Motion by Monday, December 7, 2015.  The Saxe Defendants should be able to file the reply by about 4:00 p.m. that day and will strive to do so.

Stipulated and respectfully submitted this 2nd day of December 2015, by:

| | |
|---|---|
| /s/ Albert H. Kirby | /s/ James Harlan Corning |
| Albert H. Kirby | Kenneth E. Payson |
| Washington Bar No. 40187 | Washington Bar No. 26369 |
| *Admitted Pro Hac Vice* | Admitted *Pro Hac Vice* |
| SOUND JUSTICE LAW GROUP, PLLC | James Harlan Corning |
| 936 North 34th Street, Suite 300 | Washington Bar No. 45177 |
| Seattle, Washington 98103 | *Admitted Pro Hac Vice* |
| | DAVIS WRIGHT TREMAINE LLP |
| *and* | 1201 Third Avenue, Suite 2200 |
| | Seattle, WA 98101 |
| Philip S. Aurbach | |
| Nevada Bar No. 1501 | *and* |
| Candice E. Renka | |
| Nevada Bar No. 11447 | Jeff Silvestri |
| MARQUIS AURBACH COFFING | Nevada Bar No. 5779 |
| 10001 Park Run Drive | McDONALD CARANO WILSON LLP |
| Las Vegas, Nevada 89145 | 2300 W. Sahara Avenue, Suite 1200 |
| | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff Jeremy Bauman* | |
| | *Attorneys for the Saxe Defendants* |

*/s/ Matthew R. Mendelsohn*
Matthew R. Mendelsohn
New Jersey Bar No. 015582005
*Admitted Pro Hac Vice*
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

*and*

Payam Shahian
California Bar No. 228406
*Admitted Pro Hac Vice*
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

*and*

Dennis L. Kennedy
Nevada Bar No. 14625
Paul C. Williams
Nevada Bar No. 12524
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Bijan Razilou*

IT IS SO ORDERED this 4th day of December, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

DWT 28465777v4 0104433-000001

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2015, I electronically filed the foregoing **STIPULATION SETTING BRIEFING SCHEDULE ON SAXE DEFENDANTS' MOTION TO STAY PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record as of the time of the filing.

                                         */s/ James Harlan Corning*
                                         James Harlan Corning

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150  FAX: (206) 757-7700