EXHIBIT 1

# Ric Schaaf

| | |
|---|---|
| From: | Catalina Valencia-Moreno |
| Sent: | Tuesday, August 13, 2013 3:24 PM |
| To: | Richard Schaaf |
| Subject: | Twilio / V-Theater Follow up |

Hi Ric,

Great speaking with you earlier and learning more about V-Theater! The way you are leveraging mobile to send out targeted promotions is pretty amazing; really looking forward to working with you and seeing how your product and service grows. I wanted to follow up with some additional information based on our conversation:

**Long Codes:**

To circumvent carrier scrutiny of your long code messaging traffic, make sure you are only sending 50-150 messages to unique users per long code number, per day. To accomplish this, the best practice is to acquire multiple long codes via our platform and round robin your traffic between them.

**Force Delivery**

There is also an undocumented paramater that you should use when sending SMS called ForceDelivery. This is a boolean indicating whether Twilio should attempt to force delivery to a particular phone number. Set this parameter to 'true' to attempt a delivery regardless of the type of the destination number. Set this value to 'false' to ensure you do not try to deliver to numbers that are not SMS capable (landline, geographic, toll-free etc). If you try to send SMS to a number that is not SMS capable we will throw this error: http://www.twilio.com/docs/errors/21614. You can then instruct the API to send a recorded voice message in the event message delivery is not possible and the error above is returned.

An example of an API call with ForceDelivery to a toll free:

```
curl -X POST 'https://api.twilio.com/2010-04-01/Accounts/XXXX/SMS/Messages.xml' \
-d 'From=%2B14157994479' \
-d 'To=%2B18777416444' \
-d 'Body=This+is+a+test' \
-d 'ForceDelivery=false' \
-d 'StatusCallback=ZZZZ' \
-u XXXX:YYYY
```

Expected Response:
```
<?xml version="1.0" encoding="UTF-8"?>
<TwilioResponse><RestException><Status>400</Status><Message>To number: +18777416444, is not a mobile number</Message><Code>21614</Code><MoreInfo>http://www.twilio.com/docs/errors/21614</MoreInfo></RestException></TwilioResponse>
```

Feel free to reach out for any additional questions you may have.

Best,

*Catalina*

1

Catalina Valencia-Moreno

twilio, cloud communications

==Customer Success - Mobile Marketing==

talk: + 1 (415) 639-9891

web: catalina@twilio.com



CONFIDENTIAL                                                                                               DSPLLC000108