EXHIBIT 2

## Ric Schaaf

**From:** Joe Grimes <jgrimes@twilio.com>
**Sent:** Monday, January 13, 2014 1:58 PM
**To:** Alex Cote; Ric Schaaf
**Subject:** New Twilio Account Manager

Hi Alex and Ric,

Hope all is well over at DS Productions. My name is Joe Grimes, and I am the Customer Success Manager working with DS Productions this year. I'll be replacing Catalina Valencia-Moreno. I'm very excited to get to know your business and how Twilio fits in.

Are you available for a quick intro call next week or the week after? I want to make sure that I fully understand your Twilio use case, projects for the first half of 2014, and how I can best support you moving forward.

Look forward to hearing from you.

Regards,

--
Joe Grimes
twilio cloud communications

web:   http://twilio.com
talk:   (415) 858-6916

CONFIDENTIAL                                                                                              DSPLLC000131