EXHIBIT 3

# Ric Schaaf

| | |
|---|---|
| From: | Ben Lansky |
| Sent: | Monday, September 16, 2013 1:43 PM |
| To: | Ric |
| Subject: | Correction: Update on your Twilio short code, 62913 |

## In replies all text above this line is added to the ticket ##



**Ben Lansky (Twilio)**
Sep 16 01:42 pm (PDT)

Hi V Theater team,

Whoops! I mistakenly sent you the wrong update. In fact, your short code, 62913, is already live on the following carriers: AT&T, Sprint, T-Mobile, nTelos, and Cricket. It is still in review by Verizon and the remaining minor carriers.

I've added your short code to your account so you can begin testing, or using it on carriers who have already gone live. Please do not replace the current placeholder SMS URL unless you are ready to replace it with your own.

Go to this page to set it up and add the URLs for your application:
https://www.twilio.com/user/account/phone-numbers/shortcode
Please make sure to configure your application URL as soon as possible. Carriers have been known to test short codes for compliance within the first 30 days that the number is up and running.

Let me know if I can answer any questions and I'll be in touch with the outstanding carrier status.

Thank you,
Ben

Ben Lansky
Twilio Short Codes Team
shortcodes@twilio.com

This email is a service from Twilio.. Delivered by Zendesk.

1

CONFIDENTIAL                                                                                                            DSPLLC000113