1 | JEFF SILVESTRI
Nevada Bar No. 5779
2 | McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
3 | Las Vegas, NV 89102
Telephone: (702) 873-4100
4 | Fax: (702) 873-9966
E-mail: jsilvestri@mcdonaldcarano.com

6 | KENNETH E. PAYSON *(admitted pro hac vice)*
Washington Bar No. 26369
7 | JAMES HARLAN CORNING *(admitted pro hac vice)*
Washington Bar No. 45177
8 | DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
9 | Seattle, Washington 98104-1610
Telephone: (206) 622-3150
10 | Facsimile: (206) 757-7700
Email: kennethpayson@dwt.com
      jamescorning@dwt.com

*Attorneys for the Saxe Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY BAUMAN, et al., <br> Plaintiffs, <br> vs. <br> DAVID SAXE; et al., <br> Defendants. | Case No. 2:14-cv-01125-RFB-BNW <br><br> **UNOPPOSED MOTION TO CONTINUE STAY** |
| BIJAN RAZILOU, et al., <br> Plaintiffs, <br> vs. <br> DAVID SAXE; et al., <br> Defendants. | In consolidation with <br> Case No.: 2:14-cv-01160-RFB-BNW |

4845-6948-5981v.1 0104433-000001

**UNOPPOSED MOTION**

The Saxe Defendants[1] and Plaintiffs Jeremy Bauman and Bijan Razilou jointly move the Court to enter the following Order (i) continuing the staying this case for a period of (30) days while they finalize a written settlement agreement memorializing the settlement reached at the mediation on May 15, 2019, and (ii) vacating the briefing schedule on the Saxe Defendants' Renewed Motion for Reconsideration [Dkt. 209; corrected image at Dkt. 212] while they finalize their settlement and prepare to present it to the Court for approval. The Saxe Defendants and Plaintiffs are informed and understand that Twilio does not oppose this motion. In support of their request, the Saxe Defendants and Plaintiffs represent the following:

1. On May 15, 2019, the Saxe Defendants and Plaintiffs participated in a mediation on May 15, 2019, and reached an agreement in principle to resolve this case on a class-wide basis.

2. The parties are finalizing a written settlement agreement, pursuant to which Plaintiffs intend to present the Court with a motion for preliminary approval of a class-wide settlement. The parties anticipate the settlement agreement will be finalized and signed within two weeks. Plaintiffs further anticipate they will be in a position to file a motion for preliminary approval of the settlement within two weeks following the execution of the settlement agreement.

3. In the Court's July 8, 2019 Minute Order [Dkt. 207], the Court denied without prejudice the Saxe Defendants' Motion for Reconsideration [Dkt. 196] in light of the parties' representations concerning the negotiation of a formal settlement agreement. As the Court is aware, on January 10, 2019, it entered an Opinion and Order [Dkt. 193], granting in part and denying in part Plaintiffs' Motion to Certify Class. Ordinarily, any petition to the Ninth Circuit Court of Appeals seeking interlocutory review of that order must be filed within fourteen (14) days after the order is entered, *see* Fed. R. Civ. P. 23(f); however, that deadline resets upon the filing and resolution of a motion for reconsideration. *See, e.g.*, *Lambert v. Nutraceutical Corp.*, 870 F.3d 1170, 1178, 98 Fed. R. Serv. 3d 981 (9th Cir. 2017) ("[A]s a baseline matter … a motion

---

[1] The Saxe Defendants are V Theater Group, LLC; Saxe Theater, LLC; David Saxe Productions, Inc.; David Saxe Productions, LLC; Saxe Management, LLC, and David Saxe.

for reconsideration filed within fourteen days of a certification decision tolls the Rule 23(f) deadline.").

4. Because the parties' negotiated resolution of this case is contingent on the Court's preliminary and final approval of the proposed class-wide settlement—approval which the Court could ultimately grant or deny—the Saxe Defendants wish to avoid prejudicing their option to seek interlocutory review of the class-certification order under Rule 23(f) should the Court deny approval of the settlement. To that end, the Saxe Defendants have submitted a Renewed Motion for Reconsideration of the Court's class certification order [Dkt. 209; corrected image at Dkt. 212].

5. In the interest of avoiding expense to the parties and conserving the Court's resources, the Saxe Defendants and Plaintiffs agree (subject to Court approval) to continue the stay in this matter for thirty days, to vacate the briefing schedule on the Saxe Defendants' Motion for Reconsideration, and to defer the Court's consideration of that Motion until after the Court rules on Plaintiffs' to-be-filed motion for preliminary (and, if granted, final) approval of the class-wide settlement. Doing so will afford Plaintiffs and the Saxe Defendants the opportunity to finalize their settlement and prepare to present it to the Court for approval.

6. Based on the foregoing, the Saxe Defendants and Plaintiffs request that the Court enter the accompanying Order.

///

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150 FAX: (206) 757-7700

Page 3 of 6
4845-6948-5981v.1 0104433-000001

Stipulated to and respectfully submitted this 24th day of July 2019, by:

| | |
|---|---|
| /s/ Albert H. Kirby | /s/ Kenneth E. Payson |
| Albert H. Kirby | Kenneth E. Payson |
| Washington Bar No. 40187 | Washington Bar No. 26369 |
| Admitted *Pro Hac Vice* | Admitted *Pro Hac Vice* |
| SOUND JUSTICE LAW GROUP, PLLC | James Harlan Corning |
| 936 North 34th Street, Suite 300 | Washington Bar No. 45177 |
| Seattle, Washington 98103 | Admitted *Pro Hac Vice* |
| | DAVIS WRIGHT TREMAINE LLP |
| Philip S. Aurbach | 920 Fifth Avenue, Suite 3300 |
| Nevada Bar No. 1501 | Seattle, WA 98104-1610 |
| Michael David Maupin | |
| Nevada Bar No. 13721 | Jeff Silvestri |
| MARQUIS AURBACH COFFING | Nevada Bar No. 5779 |
| 10001 Park Run Drive | McDONALD CARANO |
| Las Vegas, Nevada 89145 | 2300 W. Sahara Avenue, Suite 1200 |
| | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff Jeremy Bauman* | *Attorneys for the Saxe Defendants* |

/s/ Matthew R. Mendelsohn
Matthew R. Mendelsohn
New Jersey Bar No. 015582005
Admitted *Pro Hac Vice*
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

Payam Shahian
California Bar No. 228406
Admitted *Pro Hac Vice*
STRATEGIC LEGAL PRACTICES, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

Dennis L. Kennedy
Nevada Bar No. 14625
Paul C. Williams
Nevada Bar No. 12524
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

*Attorneys for Plaintiff Bijan Razilou*

4845-6948-5981v.1 0104433-000001

**ORDER**

Having considered the Saxe Defendants' and Plaintiffs' Unopposed Motion to Continue Stay, and good cause appearing therefore, the Court hereby GRANTS the Unopposed Motion. This case shall remain STAYED until August 23, 2019, and the Court suspends all case-related deadlines and activities. The briefing schedule for the Saxe Defendants' [208] Renewed Motion for Reconsideration is suspended pending further order of the Court.

By no later than August 23, 2019, either a motion for preliminary approval of settlement shall be filed or a Joint Status Report shall be submitted to the Court proposing how this matter will proceed.

IT IS SO ORDERED.

DATED: August 8, 2019

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record as of the time of the filing.

*/s/ James Harlan Corning*
James Harlan Corning

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150 FAX: (206) 757-7700