JEFF SILVESTRI
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Fax: (702) 873-9966
E-mail: jsilvestri@mcdonaldcarano.com

KENNETH E. PAYSON *(admitted pro hac vice)*
Washington Bar No. 26369
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: kennethpayson@dwt.com

*Attorneys for the Saxe Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY BAUMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID SAXE; et al., <br><br> Defendants. | Case No. 2:14-cv-01125-RFB-BNW <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| BIJAN RAZILOU, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID SAXE; et al., <br><br> Defendants. | In consolidation with <br> Case No.: 2:14-cv-01160-RFB-BNW |

**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

Pursuant to LR IA 11-6, Saxe Defendants, by and through their counsel, Kenneth E. Payson, of Davis Wright Tremaine LLP, hereby move this court for an Order removing attorney

James H. Corning, Esq. from all service lists, including the court's electronic notification list, in the above-captioned case.

Mr. Corning will no longer be employed after September 6, 2019 by Davis Wright Tremaine LLP and electronic notices of filings in this case should no longer be directed to said attorney.

DATED this 5th day of September, 2019.

/s/ Kenneth E. Payson
Kenneth E. Payson
Washington Bar No. 26369
*Admitted Pro Hac Vice*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610

and

Jeff Silvestri
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Attorneys for the Saxe Defendants*

**IT IS SO ORDERED**

**DATED: September 06, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150 FAX: (206) 757-7700

**ORDER**

Having considered the Saxe Defendants' Motion to Remove Attorney from Electronic Service List, and good cause appearing therefore, the Court hereby GRANTS the Motion.

IT IS SO ORDERED.

DATED: _____, 2019

_____
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150 FAX: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, I caused the foregoing to be electronically filed upon each of the parties via electronic service through the United States District Court using the CM/ECF system.

                                             */s/ Kenneth E. Payson*
                                             Kenneth E. Payson

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
(206) 622-3150 FAX: (206) 757-7700

4835-3327-4786v.1 0104433-000001