# INDEX OF EXHIBITS

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

| Exhibit No. | Document Description |
|---|---|
| 1 | Declaration of Matthew R. Mendelsohn |