AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Jeremy Bauman, et al.,

                Plaintiffs,

  v.

Saxe Management LLC, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:14-cv-01125-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Plaintiffs in the amount of $668,320.10.

7/9/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk