UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEREMY BAUMAN, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAXE MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | Case No. 2:14-cv-01125-RFB-BNW<br><br>Case No. 2:14-cv-01160-RFB-BNW<br><br>**ORDER** |
| BIJAN RAZILOU, *et al.,*<br><br>Plaintiff,<br><br>v.<br><br>V THEATER GROUP, LLC, *et al.*,<br><br>Defendants. | |

Presently before the Court is the matter in <u>Bauman v. Saxe Management LLC</u>, case number 2:14-cv-01125-RFB-BNW.

On August 27, 2014, the Court Ordered Plaintiff Bijan Razilou to post a security bond for each defendant in the amount of $500.00, for a total deposit of $2500.00, in the case <u>Razilou v. V Theater Group, LLC.</u>, case number 2:14-cv-01160-RFB-BNW. 2:14-cv-01160-RFB-BNW, ECF No. 26. On September 10, 2014, Paul C. Williams posted a security bond on Plaintiff's behalf, receipt number NVLAS028930, for $2500.00 for case number 2:14-cv-001160-RFB-BNW. 2:14-cv-01160-RFB-BNW, ECF No. 27.

On August 25, 2014, the Court entered an order consolidating case number 2:14-cv-01160-RFB-BNW to this instant matter, case number 2:14-cv-001125-RFB-BNW, and on July 16, 2021, case number 2:14-cv-01160-RFB-BNW was ordered closed. 2:14-cv-01160-RFB-BNW, ECF Nos. 25, 34. On July 2, 2020, the Order granting Final Approval of Class Action Settlement and Dismissing Class Plaintiffs' Claims was filed, and Judgment was entered on July 9, 2020. 2:14-cv-01125-RFB-BNW, ECF Nos. 244, 245.

As this matter is now concluded, the Court Orders that the $2500.00 security bond, plus interest, be returned to the Legal Owner designated in the certificate of cash deposit, 2:14-cv-001160-RFB-BNW, ECF No. 27, to:

> Bailey Kennedy, LLP
> 8984 Spanish Ridge Avenue
> Las Vegas, NV 89148

unless a party objects to this order by no later than 10 days.

**IT IS SO ORDERED.**

DATED this 30th day of December, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE